# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CRAIG ANDREW KNOBEL,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART INC. and WAL-MART CLAIMS SERVICES, INC.,<br><br>Defendant. | Cause No. CV 23-57-BU-BMM<br><br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

The parties have jointly filed a Stipulation for Dismissal with Prejudice. Accordingly, and with good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees. All pending deadlines are vacated.

DATED this 13th day of September, 2024.

_____
Brian Morris, Chief District Judge
United States District Court